-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RONALD O. RILEY,

        Plaintiff,

        -v-

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

**DECISION AND ORDER**
11-CV-6512T

---

Plaintiff Ronald O. Riley, represented by counsel, has submitted a complaint to the Court and seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In order for the Court to grant this request, it needs sufficient information on which to base its determination.

Here, the documentation plaintiff has submitted is inadequate to permit the Court to evaluate the request. Specifically, the application submitted to the Court is based on a form that is not of this Court, and does not include the information this Court has requested since at least May of 2001 for determination of such an application. Because the Court cannot grant the request on the basis of the information included in the application, plaintiff may have until **November 23, 2011** to submit a new application which includes all the necessary information, including the additional information described above.

The Clerk of the Court is directed to send plaintiff a new form application to proceed as a poor person.

By **November 23, 2011**, plaintiff must **either** submit a newly-completed application form which includes all of the above-described additional information needed for the Court's determination of the request **or** pay the full filing fee of $350.00.  Plaintiff is forewarned that failure to comply with this order by either submitting a new and complete application or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

IT IS SO ORDERED.

_____
HONORABLE RICHARD J. ARCARA
DISTRICT COURT

Dated: _Oct. 20_, 2011